2008R00576/ewm

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-215 (DMC) |
| | : | |
| v. | : | |
| | : | |
| NIGEL ROBERTS, | : | |
| a/k/a "Skang," | : | |
| a/k/a "Tony Reid," | : | |
| CORTNIE SPENCER, | : | |
| a/k/a "Skippy," | : | |
| a/k/a "Donovan Grey," | : | |
| PRINE GEORGE ALFONSO JONES, | : | ORDER |
| a/k/a "Prince," | : | |
| ROGER FOLKES, | : | |
| a/k/a "Kirk," | : | |
| ROMEO FOLKES | : | |
| a/k/a "Rocky," | : | |
| MERVIN FRANCIS, | : | |
| TAJARA BARNES, and | : | |
| GENARD HOWARD | : | |

This matter having been opened to the Court on the
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Eric W. Moran, Assistant U.S. Attorney,
appearing), and counsel for certain of the named defendants
having consented to the instant order, and good cause having been
shown, the Court makes the following findings:

1.   This case is sufficiently complex, due to the
nature of the prosecution, that it is unreasonable to expect
adequate preparation for pretrial proceedings and trial within
the time limits established by Title 18, United States Code,
Section 3161.  For example, this is complex in that it is a
wiretap case that involves recorded calls over two target

telephone facilities, which took place over the course of approximately three months, and will involves the review of thousands of calls and the transcription and transcription of possibly hundreds calls that are thus far deemed pertinent.

2.   The defendants are alleged to be members of an international narcotics smuggling organization whose goal it was to smuggle cocaine from the West Indies, that is, Jamaica and Saint Lucia, into the United States, and then to export the cocaine from the United States to Great Britain and elsewhere for distribution.  Accordingly, the allegations attendant with this case may involve evidence from at least four countries on three continents.

3.   Plea negotiations are currently in progress, and both the United States and certain of the defendants desire additional time to pursue such negotiations and enter a plea agreement, which could render trial of this matter unnecessary.

4.   The ends of justice served by a continuance of the trial date in this matter until May 3, 2010 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this ____3/____ day of December, 2009,

ORDERED that the trial date in this matter is continued until May 3, 2010, and that the period of time from February 2, 2010 through May 3, 2010 shall be excluded for the purposes of

- 2 -

computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1.   Defendants shall file pretrial motions on or before April 5, 2010;

2.   The government shall respond to such motions on or before April 19, 2010;

3.   The return date for pretrial motions shall be April 26, 2010, at 10:00 a.m.; and

4.   Trial shall commence on May 3, 2010 at 10:00 a.m.

HON. DENNIS M. CAVANAUGH
United States District Judge

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney


_____
BARRY TURNER, ESQ.
Counsel for defendant Cortnie Spencer



_____
HOWARD BROWNSTEIN, ESQ.
Counsel for defendant Mervin Francis

_____
SUSAN CASSELL, ESQ.
Counsel for defendant Genard Howard



_____
PAUL CONDON, ESQ.
Counsel for defendant Tajara Barnes

- 4 -

Form and entry
consented to:

_____

ERIC W. MORAN
Assistant U.S. Attorney

_____

BARRY TURNER, ESQ.
Counsel for defendant Cortnie Spencer

_____

HOWARD BROWNSTEIN, ESQ.
Counsel for defendant Mervin Francis

_____

SUSAN CASSELL, ESQ.
Counsel for defendant Genard Howard

_____

PAUL CONDON, ESQ.
Counsel for defendant Tajara Barnes

- 4 -

Form and entry
consented to:

_____

ERIC W. MORAN
Assistant U.S. Attorney


_____

BARRY TURNER, ESQ.
Counsel for defendant Cortnie Spencer


_____

HOWARD BROWNSTEIN, ESQ.
Counsel for defendant Mervin Francis


_____

SUSAN CASSELL, ESQ.
Counsel for defendant Genard Howard

_____

PAUL CONDON, ESQ.
Counsel for defendant Tajara Barnes

- 4 -

Fax sent by :

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney


_____
BARRY TURNER, ESQ.
Counsel for defendant Cortnie Spencer


_____
HOWARD BROWNSTEIN, ESQ.
Counsel for defendant Mervin Francis


_____
SUSAN CASSELL, ESQ.
Counsel for defendant Genard Howard


_____
PAUL CONDON, ESQ.
Counsel for defendant Tajara Barnes

- 4 -