2OO8R00576/ewm

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 09-215 (DMC) |
| | : | |
| v. | : | |
| | : | |
| NIGEL ROBERTS, | : | |
| a/k/a "Skang," | : | |
| a/k/a "Tony Reid," | : | |
| CORTNIE SPENCER, | : | |
| a/k/a "Skippy," | : | |
| a/k/a "Donovan Grey," | : | |
| PRINE GEORGE ALFONSO JONES, | : | ORDER |
| a/k/a "Prince," | : | |
| ROGER FOLKES, | : | |
| a/k/a "Kirk," | : | |
| ROMEO FOLKES | : | |
| a/k/a "Rocky," | : | |
| MERVIN FRANCIS, | : | |
| TAJARA BARNES, and | : | |
| GENARD HOWARD | : | |

This matter having been opened to the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (Eric W. Moran, Assistant U.S. Attorney, appearing), and counsel for defendants Roger Folkes (Rubin M. Sinins, Esq.) And Romeo Folkes (Carl J. Herman, Esq.) having consented to the instant order, and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161. For example, this is complex in that it is a

- 1 -

wiretap case that involves recorded calls over two target telephone facilities, which took place over the course of approximately three months, and will involves the review of thousands of calls and the transcription and transcription of possibly hundreds calls that are thus far deemed pertinent.

2. The defendants are alleged to be members of an international narcotics smuggling organization whose goal it was to smuggle cocaine from the West Indies, that is, Jamaica and Saint Lucia, into the United States, and then to export the cocaine from the United States to Great Britain and elsewhere for distribution. Accordingly, the allegations attendant with this case may involve evidence from at least four countries on three continents.

3. Defendants Roger Folkes and Romeo Folkes were extradited from Jamaica to the United States on November 20, 2010 and United States counsel was appointed for these defendants on November 21, 2010. Accordingly, counsel is in need of time to effectively prepare for trial.

4. The ends of justice served by a continuance of the trial date in this matter until May 2, 2011 outweigh the interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this _____ day of December, 2010,

- 2 -

ORDERED that the trial date in this matter is continued until May 2, 2011, and that the period of time from the date hereof through May 2, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv); and it is further

ORDERED that:

1.  Defendants shall file pretrial motions on or before April 4, 2011;

2.  The government shall respond to such motions on or before April 18, 2011;

3.  The return date for pretrial motions shall be April 25, 2010, at 10:00 a.m.; and

4.  Trial shall commence on May 2, 2011 at 10:00 a.m.


HON. DENNIS M. CAVANAUGH
United States District Judge

- 3 -

Form and entry
consent to:

_____
ERIC W. MORAN
Assistant U.S. Attorney

_____
RUBIN M. SININS, ESQ.
Counsel for defendant Roger Folkes


_____
CARL J. HERMAN, ESQ.
Counsel for defendant Romeo Folkes

- 4 -

Form and entry
consented to:

_____

ERIC W. MORAN
Assistant U.S. Attorney


_____

RUBIN M. SININS, ESQ.
Counsel for defendant Roger Folkes

_____   12/1/10

CARL J. HERMAN, ESQ.
Counsel for defendant Romeo Folkes

— 4 —